George H. NAJARIAN

v.

Matthew J. GILL, Jr.

No. 83-30-M.P.

Supreme Court of Rhode Island.

Jan. 20, 1983.

Thomas A. DiLuglio, Neil P. Philbin, Providence, for petitioner.

ORDER

The petition for writ of habeas corpus is denied.

Walter J. PULAWSKI

v.

Patricia A. PULAWSKI.

No. 80-497-A.

Supreme Court of Rhode Island.

Jan. 20, 1983.

William Y. Chaika, Cranston, for plaintiff.

Joseph E. Marran, Jr., Pawtucket, for defendant.

ORDER

The defendant's motion to remand this case to the Family Court for hearing on a motion for payment of the guardian ad litem's counsel fee is granted. Following said hearing, the papers in this case shall be returned to this court forthwith.

Stephen SEDACH et al.

v.

TOWN OF NORTH PROVIDENCE et al.

No. 82-541-M.P.

Supreme Court of Rhode Island.

Jan. 20, 1983.

Decof & Grimm, John S. Foley, Providence, for petitioners.

Hanson, Curran & Parks, A. Lauriston Parks, (for C.E. Maguire, Inc.) Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.